In Unite State RECEIVED Court, Montgomery

2014 FEB 28 P 1:13
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case # _____

2:14cv-136-MEF-SRW

Marvin Franklin el
[2050167] C3/9B
P.O. Box 56 Elmore,
Alabama, Republic
Non, Domestic Zip Exempt [36025]

## Complaint / Affidavit

Islam, To whom ever it may concern here to fore my name is not MARVIN FRANKLIN, Any and all Officer(s) of the Courts will address me, myself as Marvin Franklin el natural Person, In Propria Persona, In full Life, Sui Juris, In full Life All Rights Reserved: failure to do so would be a direct violation of your Oath of Office and a violation of the Constitution of the Amendment 9. The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people failure to do so will cause you to be sued in your official and private capacity.

Notice to Principals Is Notice To Agents and To Agents Is Notice To Principals.

Marvin Franklin el, Authorized Representative, Natural Person, In Propria Persona; Ex Relatione MARVIN FRANKLIN. All Rights Reserve Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS.

        Marvin Franklin el [2050167]
        P.O. Box 56 Elmore
        Alabama, Republic
        Non, Domestic Zip Exempt

To: Clerk AND Register c/o
Debra Hackett Circuit Clerk
District Court, Montgomery County P.O. Box 711 Montg. AL 36101-0711

Makeing a Special Appearances, comes now, I am Marvin Franklin el to this honorable court in and for a cause of action directing all parties; to provide the Public Hazard Bonding Information of Corporate Agents of Gregory O. Griffin, or Chief Counsel, Meredith Hamilton Barnes, Dana Pittam, Steve Sirmon, for certain Civil and human Rights Violations. The Constitution Article IV Section 1. Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the congress may by general laws prescribe the manner in which such acts records, and proceedings shall be proved, and the effect thereof. Amendment 9 The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people. The Prima face evidence of fraud is on the face your Alabama Identification Card where it does says 'black. Universal Declaration of Human Rights 1948 Article 15. Section (1) Everyone has a right to a nationality. Section (2) of the same article says No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality. I Am Marvin Franklin el my race is Asiatic; all agents are in direct violation of your Oath of Office; and are being Sued in your Official and private Capacity. United States Code Service. Title 18 Part 1 Chapter 13 Section 241 Conspiracy against rights. If two or more person conspire to injure oppress, threaten, or intimidate any inhabitant of any state, Territory, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; They shall be fined not more than 10,000 or imprisonment for any term of years of life. Title 18, Part I Chapter 13 Section 242 Deprivation of Rights under Color-of-law

Section 242 makes it a misdemeanor willfully, under color of law to subject an inhabitant of any state, district or territory to deprivation of any, Constitutional or federal right, privilege, or immunity." Mc Cowan (1917) 177C. 93, 170 P. 1100 "Ignorance of the law does not excuse misconduct in any one, least of all a sworn officer of the law. Miranda V. Arizona 384 US 436, 125 "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them. Sherar V. Cullen 481 F2d 946 (1973) " There can be no sanctions or penalty imposed upon one because of his exercise of Constitutional rights. Simmons V. United States 390 U.S. 377 (1968) " The claim and exercise of a constitutional right can not be converted into a crime..... " A denial of them would be a denial of due process of law. I am a natural person with whom has a nationality proclaimed for the public record, and I am not a 14th and 15th amendment citizen, being only granted privileges, and I command that all government officials secure my pre-existing constitutional republic Organic Constitution of North America, as well as the Organic United States Republic. A identification card is void from it's creation if it violates any rights of the Natural Person it is presented to. A identification card is Void if it violates any laws. The Natural Person name, that is on the face of the identification card should be True, and Correct. All information on the identification card should be True. The name of the Natural Person should NOT be in All CAPITAL LETTERS is deemed by Law to be an ENIS LEGIS especially if it list the last name first. Enis-Legis - An artifical being, as contrasted with a natural person. Cited Black's Law Dictionary Sixth Edition. Further evidence of this is found in the United States of America Republic Constitution Article 11 Section (2)

Clause (3) where it talks about the people who are classified as three fifths of a person which is spirit, soul, and body. I AM five fifths of a human being, 100% flesh and blood human being. Jus Sanguinis - The rule that a child's citizenship is determined by the parents citizenship. Most nations follow this rule. Jus Singulare - [Latin individual] Law Roman Civil Law. A Law or right established for special purpose, as opposed to the common or public law or right. United States Constitution: Article III Section 1 and Section 2. Section 1. The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time ordain and establish. The Judges, both of the Supreme and inferior courts, shall hold thier offices during good Behavior, and shall at stated Times receive for thier during thier continuance in Office. Section 2: The Judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution the Laws of the United States and Treaties made or which shall be made under thier Authority - to all case affecting Ambassadors, other public Ministers and Consuls; to all Case of admiralty and maritime Jurisdiction, to Controversies to which the United States shall be a Party; to Controversies between two or more States - between a state and citizens of another State between citizens of the same state claiming lands under the Grants of different States. and between a State or the citizens thereof, and foreign states citizens or Subjects. For the record, I repeat! I have absolutely no unilateral adhesion contracts between any private fictitious corporations, or representative of such parties wishing to abridge my liberties protected under the United States Republic Constitution of North America. Any corporations

of claimants to authority unable to provide proof of each claim will be sued in his/her own private capacity for violation of Constitutional Republic Rights.

Respectfully with "Good Faith" and Honor by right to unhindered Due Process, submit this Complaint/Affidavit and Evidence.

I solam I Am
Marvin Franklin el Authorized
Representative Natural Person,
In Propria Persona Ex
Relatione MARVIN FRANKLIN
All Rights Reserved

Sworn to and subscribed befor me Marvin Franklin El Day of Feb. 2014 with All rights Reserved.

Notary                          Commission Expires On

_(signature)_                   11/21/17

Notice of Complaint/Affidavit

A Son Of A Widow Marvin Franklin el

Isolam

## AFFIDAVIT OF NATIONALITY AND BIRTHRIGHTS

I Franklin El, do hereby state 'for the record' and 'on the record' that I Am; Moorish -American; a Natural Person, 'In Propria Persona', In Full Life, Sui Juris, and Allodial. I AM NOT A CORPORATE PERSON OR ENTITY MISREPRESENTED BY FRAUDULENT CONSTRUCT OF ALL CAPITAL LETTERS: I AM NOT AN ADJECTIVE OR CIVILITER MORTUUS. I AM NOT BLACK, NEGRO, COLORED, AFRICAN AMERICAN NOR AM I A BLACK MALE as identified by YOUR STATE ISSUED IDENTIFICATION CARD. So let this Affidavit of Nationality and Birthrights serve as NOTICE to all Alabama Department of Corrections Officials that I Am the living Natural Person and In Propria Persona, exercising all God given rights. I am not a ward of the State or a FICTIOUS PERSON.

Sworn and subscribed to on this the 27th day of 2013, 2013 with ALL RIGHTS RESERVED.

Franklin El

Marvin Franklin El

Commission Expires

12-14-15

Page 1 of 1

PLPY 00111 PAGE 0621



**Declaration of Nationality**
**Moorish National Birthright Name**

Re: Sovereign Immunity, Right(s)　　　　　　　Status: Autonomous Autochthon
And Claim(s) of Free Moorish National(s)　　　Indigenous Muur Freehold
Of The Continental United States　　　　　　　by Inheritance AA222141

### TRUTH AFFIDAVIT OF FACT
### Declaration of Nationality

"Indeed, no more than (affidavits) is necessary to make the prima facie case."
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 IJ.S.L.W. 2169; S. Ct. March 22, 1982

**I AM, Marvin Franklin-El**, being Duly affirmed, stand squarely on Supreme Constitutional Law, declare and says:

I, **Marvin Franklin-El**, hereinafter "Affiant," being first duly affirmed, depose, say and declare by my signature that the following facts are true, correct and complete to best of my knowledge and belief.

THAT, Affiant is competent to state the matters included in this declaration, has knowledge of the facts, and declare that to the best of his knowledge, the statements made in this affidavit are true, correct, and not meant to mislead;

I am a **Free and Sovereign Muur/Moorish National**, being **Indigenous by birth** and **Inheritances** The De Jure Natural Citizen of the Continental Unites States, the Land of My ancient Moorish Forefathers and Mothers, of Moroccan descent, being a Nuwaubian Moor, Sundry Free Moor, Yamassee Native American Mu'ur , or any and all nations of Moors/Muurs whom can be traced back to Kenyapithecus and the Morotopithecus Bishopi , including all of those Moors/Muurs being referred by the Europeans by Tribal names Moabite /Moorish Pedigree, such as but not limited to; Olmecs (Xi) , Washitaw, Chickasaw, Tunica, Choctaw, Seminole, Riffians, Cherokee, Nani Coke , Shawnees, Onandaga, Seneca, Mohawk, Blackfoot, Leni Lenape , Iroquois, Cayuga, Oneida, Alibamu, Nez Perce, Natchez, Osage, etc etc, yet we are **ALL Moabites** of Ancient Amexum, North Gate ,Egipt of the West ,Atlantis, in heredity to UMAAR (*Unified Muurish Aboriginal Amarukan Republic*) We are the Governing Body mentioned as We The People, We possess Supreme Political Authority, We have all benefits and rights to the land we stand on in accord with the law of nature which cannot be bought or sold it is only gained through heredity Birth Line and Pedigree and are a Free People, **deriving my Powers and Authority from**

1

**Birthright Inheritance**, The Free Moorish National Zodiac Constitution, The Great Seal of The Muur/Moorish Nation(Ab Antiquo), and the Moorish National flag; having and retaining all substantive Rights and Immunities of National(s); giving honor and respect to the Continental United States Flag, our Constitution and the Moroccan Treaty of Peace and Friendship of Seventeen Eighty-Seven (1787) and Eighteen Thirty-Six (1836), between the United States of America and Morocco, in Force. The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution. The Moorish Federal Financiers Act (Union States Army: 1861-1863) Principle III of the United Nations: Declaration of the Rights of The Child. *("Every Child shall ,at birth , have a right to a Name and a Nationality")*. The United Nations Charter, The Rights of Indigenous People: Part I, Articles 1,2,3,4,5,; Part II, Article 6. The United Supreme Court- Acts of State - International Law Articles, Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic- Day 19, September 1949, The World Court Decision, The Hague, Netherlands – Day 21, January 1958 A.D. = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, Natural Law: Natural non facit saltum; ita nee lex. . etc.,Nature makes no sudden leap or Movement; so neither does law!

THAT, Affiant is an Indigenous Moor (or) (a natural being 'Natural Person'), not Negro, Black, Colored or African-American, etc. Affiant is not Civiliter Mortus, a label or grammatical, an adjective. Affiant is in Propria Persona, Sui Juris, (stand in My Proper Person); In-full-Life with un-a-lien-able Rights and not privileges, Affiant is not a Dummy Corporation, Artificial Person, Enfranchise Corporation, ward to the State, or etc...

Affiant is an Indigenous Ab-Original PHree Messen "A Child of light" thus; **I willingly and knowingly exercise my right to a nationality.** I voluntarily choose to comply with God's laws (Natural Laws) I am not in an Earthy jurisdiction, for I am not of subject status.

THAT, in the context of International Law the "Draft Declaration on the Rights of Indigenous People" E/Cn. 4/Sub.2/1994/2/Add.1(1994) **et** seq., Affiant proclaims within his Individual Rights that he is a descendant of the Moabites/Moroccans whom inhabited the North and South Western shores of Amexem/Africa conjoined with the Moorish Divine and National Movement of the World the prophet Noble Drew All has pre-established all Moors as an Indigenous Sovereign Independent Nation through the United Nations Indigenous People Organization.

THAT, consistent with the eternal tradition of natural common law, unless I have harmed or violated someone, or their property, I have committed no crime, and is therefore not subject to any penalty, thus, be it known to all, in the nature of UCC 1-308(UCC 1-207), that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract that supposedly created obligations to perform, for persons of subject status, are inapplicable to me, and are null and void.

THAT, if Affiant has participated in any of the supposed "benefits" associated with these hidden contracts, it was done so under duress, threat, and coercion for lack of any other practical alternative.

THAT, Affiant is not a citizen subject to its jurisdiction, not a "Resident of," an "inhabitant of," a "franchise of," a "subject of," a "word of," the property of," "the chattel of," or "subject to the jurisdictions of" any corporate federal government, corporate state government, corporate county government, corporate city government, or corporate municipal body politic created.

THAT, Affiant is not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employees, officers or agency, deriving their authority therefrom.

THAT, the notice that I hereby revoke, cancel and make void abinitio any such instrument of any presumed creation made by any of the several states on the government or any agency or department thereof, that I am or ever have voluntarily elected to be treated as citizen subject to its jurisdiction or resident of any territory, possession, instrumentality or enslave under the sovereignty on exclusive jurisdiction of any.

THAT, all are noticed that Affiant has declared his nationality, that is an Indigenous Moor (or) (a natural being 'Natural Person') Ab-Original.

All details of the Declaration Statement above are supported by the De Jure Constitution of the United States of America Republic- Article VI

All details of the Declaration Statement are supported by and/or are in Evidence and Substantiated Pursuant to these Credentials as Classified:

1. **The United States Department of Justice Registration of Clock of Destiny Muur/Moorish Nationality Card of Identification, with Zodiac Constitution-Classified – truth A-1**

2. **United States Copyright Certificate Number AA 222141. Clock of destiny Muur/Moorish Nationality card of Identification, with Zodiac Constitution registration with the Library of congress, Washington, Washington,, district of Columbia . Classified –Truth A-1**

3. **Principle III of the United Nations: Declaration of the Rights of The Child, " Every Child shall, at birth, have the right to a Name and a Nationality".**

4. **Moroccan Treaty of Seventeen Eighty-Seven (1787)**

5. **The Constitution of the United States of America Republic,. Article VI**

6. **United Nations: Rights of Indigenous Peoples-International Law.**

7. **Natural Law: Natural non facit saltum; ita nee lex. Nature makes no sudden leap of Movement; so neither does Law.**

**Further Affiant saith not.**

I am: _Marvin Franklin-EL_ .
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved .
**Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

Dated this _20_ day of _Dec_ 1432 M.C.
Without Prejudice/All Rights Reserved

_Marvin Franklin-EL_

Right thumb

**Marvin Franklin-El** Affiant and
**A Free Moo**r, Authorized Representative,

Witness: _Prince Austin J Cook Jr-El Sgt Mufti_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Bro. Alooma Kabba Russell-El A.G.S_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris'
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America,

4

PLPY 00111 PAGE 0622



# Moorish National Birthright Name

**I, Marvin Franklin-El**, Natural Citizen of the Continental United States, being duly affirmed, stand squarely upon Supreme Constitutional Law, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; **Declare and Say:**

I, being previously identified and labeled by the Union states society of America- U.S.of A. as <u>MARVIN FRANKLIN</u>, having justly, Legally and Lawfully obtained my Muur/Moorish Nationality, Birthright, Name and Title; being the indigenous /aboriginal by birth and inheritance; let it be resolved, that the substitute foreign former name has been changed and corrected to:

### Marvin Franklin-El

WITHOUT COLORABLE LEGAL DUE PROCESS of the Union States Society, **make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America — acknowledging my Birthrights.**

Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record,

I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor.

*Let it be Declared, Known, Published, and Resolved that: I Am:*

### Marvin Franklin-El

5

'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. **FREE MOORISH-AMERICAN ZODIAC CONSTITUTION**: (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. **UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE**:
   Moorish American Credentials: AA 222141- **TRUTH A-1**

3. **UNITED STATES SUPREME COURT: SUPREME LAW** - Acts of State

4. **UNITED STATES CONSTITUTION**: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. **RESOLUTION NUMBER SEVENTY-FIVE (75)**: Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES).

6. **UNIVERSAL DECLARATION OF HUMAN RIGHTS** – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. **RIGHTS OF INDIGENOUS PEOPLES** – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I , Marvin Franklin-El**, being 'Part and Parcel/Partial' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I hereby and herein reserve the right for amending and make amendments for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

The undersigned, I , Me, Myself , Holder in Due Course for/of Original, do herewith declare, state and say that I , issue this Declaration with sincere intent in truth , that I , Me, Myself, the undersigned , am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge , by Me undersigned addressee.

6

PLPY 00111 PAGE 0623

I am: **Marvin Franklin-El**.
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
**Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

Dated this **20** day of **Dec** 1432 M.C.
Without Prejudice/All Rights Reserved

*Marvin Franklin-El*

Right thumb

**Marvin Franklin-El** Affiant and
**A Free Moor**, Authorized Representative,

Witness: *Prince Curtis I KRM-El Sgt. Mutti*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: *M. Bluet*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America,

7

PLPY 00111 PAGE 0624

Should any man or woman deem that the statements above, (Pertaining to Declaration of Nationality and Moorish National Birthright Name) are not true, please answer by Notarized Affidavit in their handwriting using their Given Name at birth for autograph within (5) days, for notary address. All Creator given Rights are claimed.

Using a notary on this document does not constitute any adhesion, not does not alter my status in any manner, the purpose for Notary is Verification and Identification purposes **Only** and not for entrance into and foreign Jurisdiction

## Jurat

State of Alabama)
Elmore County) SS:

**Marvin Franklin-El**, known by Me or made known by Me by Proper identification and having affixed his Hand concerning the above and attached document(s), duly affirmed and subscribed this          day of                              2012 A.D. 1432 M.C.;
THEREFORE,

Affiant Autograph _Marvin Franklin-EL_

Right thumb:

_Chamiell L Rule_
Notary Public

Address _P.O. Box 54, Elmore AL [36025]_  Seal:
My Notary Expires _May 15, 2013_

This instrument was prepared by
Name _Mary J Crenshaw_
Address _3920 Kimberly St._
_Monty Ala. 36116_

STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
PLPY 00111 PG 0621-0624 2013 Oct 28
10:27 AM
STEVEN L. REED
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $10.00 |
| CERT | $1.00 |
| CASH TOTAL | $18.00 |
| 205357 | Clerk #103 10:28 AM |

8

Marvin Franklin EJ
Laosoleq 03/9B
P.O. Box 56 Elmore
Alabama, Republic
Now, Domestic Zip Exempt
[36025]

9577

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED AND
THE ALABAMA DEPARTMENT OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE OR
CONTENTS OF THE ENCLOSED COMMUNICATION.

LEGAL MAIL

2120330711

Debra Hackett % District Clerk, Reg
U.S. District Court
Middle Dist. of Alabama
P.O. Box 711
Montgomery, Ala 36101-0711