IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN FRANKLIN EL, #205016, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-136-MEF |
| | ) WO |
| GREGORY O. GRIFFIN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #11) to the Recommendation of the Magistrate Judge filed on June 25, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #10) entered on June 6, 2014 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to comply with the orders of this court.

DONE this the 1st day of July, 2014.

                                                          /s/ Mark E. Fuller
                                               UNITED STATES DISTRICT JUDGE